sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MICHAEL FLOURNOY, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents.

Submitted September 8, 2015; decided November 18, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge STEIN taking no part.

GERALD GARDNER WRIGHT, P.C. & ASSOCIATES, Appellant, v CHAMPION PROPERTY MANAGEMENT, LLC, et al., Respondents.

Submitted August 31, 2015; decided November 18, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

MANUFACTURERS AND TRADERS TRUST COMPANY, Plaintiff, v ANNE BERTHOLE et al., Defendants, ANTHONY BERTHOLE, Respondent, and GLADYS MENARDY, Appellant.

Decided November 18, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.